# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162174(63)(64)

JEFFREY FRIED, Personal Representative
of RUSSELL LOIOLA, LIP,
      Plaintiff-Appellant,

v

                    SC: 162174
                    COA: 348670

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendant,
and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,
      Defendant-Appellee.

SC: 162174
COA: 348670
Washtenaw CC: 16-001044-NF

_____/

      On order of the Chief Justice, the motion of the Negligence Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 27, 2021, is accepted for filing. On further order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on January 28, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    January 29, 2021              

                                     Clerk